PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYA J. MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:22-cv-00798-JDP<br><br>**STIPULATED MOTION FOR EXTENSION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due August 11, 2022. Defendant has not previously requested an extension of this deadline.

2. The agency's Office of Appellate Operations (OAO) is responsible for preparation of CARs. The Commissioner is in contact with OAO to ensure that the certified administrative record (CAR) is being properly certified for filing. The CAR in this case has not yet been finalized by OAO for filing. Accordingly, Defendant requests an extension of 45 days to respond to Plaintiff's Complaint.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests an extension of 45 days until September 25, 2022, to respond to Plaintiff's Complaint.

Respectfully submitted,

Date: *August 11, 2022*   By:   *s/ Harvey Peter Sackett *  
Harvey Peter Sackett  
Sackett & Associates  
(*as authorized by email)  
*Authorized by email*  
Attorneys for Plaintiff

Date: *August 11, 2022*   PHILIP A. TALBERT  
United States Attorney  
Eastern District of California

By:   */s/ Oscar Gonzalez de Llano*  
OSCAR GONZALEZ de LLANO  
Special Assistant United States Attorney  
Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   August 11, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE