HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYA J. MILLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 2:22-cv-00798-JDP <br><br> STIPULATION AND PROPOSED ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a twenty-one (21) day extension of time until December 1, 2022, in which to e-file her Motion for Summary Judgment which is due on November 10, 2022. Defendant shall file any opposition, including cross-motion, on or before January 15, 2023. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:   November 8, 2022        */s/HARVEY P. SACKETT*
                                 HARVEY P. SACKETT
                                 Attorney for Plaintiff

STIPULATION AND ORDER

1

TAYA J. MILLER

Dated: November 8, 2022

*/s/OSCAR GONZALEZ DE LLANO*
OSCAR GONZALEZ DE LLANO
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 11/8/22]

IT IS SO ORDERED.

Dated:    November 9, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

2

STIPULATION AND ORDER